# Exhibit B

# CERTIFICATION

I, Scott R. Ostericher, do hereby certify that I am the AVP, Claim Operations of RLI Insurance Company, a corporation organized and existing under the laws of the State of Illinois, and that we have conducted a diligent search of our underwriting records to compile the attached best available copy of Policy No. EPG0011374 (original Policy Period: 07/31/2012-07/31/2013) issued to Named Insured Ceradyne, Inc.

*[Signature: Scott R. Ostericher]*

DN: cn=Scott R. Ostericher, o=RLI/Mt. Hawley/CBIC, ou=Claim Department, email=scott.ostericher@rlicorp.com, c=US
Reason: I attest to the accuracy and integrity of this document
Location: Peoria, Illinois
Date: 2020.08.27 15:15:52 -05'00'

Scott R. Ostericher, AVP, Claim Operations, Claims
RLI Insurance Company



# IMPORTANT NOTICE TO POLICYHOLDERS

## TERRORISM RISK INSURANCE ACT, AS AMENDED

Under the Terrorism Risk Insurance Act, as amended (the "**Act**"), we must make coverage for "**certified acts of terrorism**" available in the policies we offer. We notified you at the time of offer and purchase of the policy to which this Notice is attached that this coverage would be a part of your policy. The premium allocated for such coverage is shown on the Declarations page of the policy.

You should know that where coverage is provided by this policy for losses resulting from certified acts of terrorism, such losses may be partially reimbursed by the United States government under a formula established by federal law. Under this formula, the United States government generally reimburses 85% of covered terrorism losses exceeding the statutorily established deductible paid by the insurance company providing the coverage.

You should also know that the Act contains a $100 billion cap that limits U.S. Government reimbursement as well as insurers' liability for losses resulting from certified acts of terrorism when the amount of such losses in any one calendar year exceeds $100 billion. If the aggregate insured losses for all insurers exceed $100 billion, your coverage may be reduced.

Specific coverage terms for terrorism, including limitations and exclusions, are more fully described in endorsements attached to the policy. Your policy may contain an exclusion for losses that are not eligible for federal reinsurance under the Act.

Definitions:

"**Certified act of terrorism**," as defined in Section 102(1) of the Act, means an act that is certified by the Secretary of the Treasury – in concurrence with the Secretary of State, and the Attorney General of the United States – to be an act of terrorism; to be a violent act or an act that is dangerous to human life, property, or infrastructure; to have resulted in damage within the United States, or outside the United States in the case of certain air carriers or vessels or the premises of a United States mission; and to have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**Questions regarding your election should be directed to your agent or broker.**

# Excess Liability Policy Declarations



RLI Insurance Company  
9025 North Lindbergh Drive  
Peoria, Illinois 61615  
Phone: (309) 692-1000

A stock insurance company, herein called the Company.

UNLESS OTHERWISE PROVIDED IN THE PRIMARY POLICY, THIS POLICY IS WRITTEN ON A CLAIMS MADE BASIS AND COVERS ONLY CLAIMS FIRST MADE AGAINST THE INSURED DURING THE POLICY PERIOD. PLEASE READ YOUR POLICY CAREFULLY.

Policy No. EPG0011374

Item 1. **Insured** - Name and Address:  
Ceradyne, Inc.  
3169 Red Hill Avenue  
Costa Mesa, CA 92626

Item 2. **Policy Period**:  
From: July 31, 2012  
To: July 31, 2013  
at 12:01 a.m. at the address stated in Item 1.

Item 3. Aggregate Limit of Liability: $5,000,000 excess of $5,000,000

Item 4. **Underlying Insurance**:

| | Insurer | Policy Number | Limits | Policy Period |
|---|---|---|---|---|
| (A) **Primary Policy**: | National Union Fire Ins. Co. of Pittsburgh, Pa. | 03-477-00-40 | $5,000,000 | 07/31/2012 To 07/31/2013 |

Type of Coverage: Excess Follow Form Directors and Officers Liability

| | Insurer | Policy Number | Limits | Policy Period |
|---|---|---|---|---|
| (B) Other Policies: | | | | |

Item 5. Endorsements Effective at Inception:  
EPG 900 (03/08), RIL-110A (01/08), RIL 2133C (01/08), UW 20334 (10/11), UW 20342 (03/12)

Item 6. Termination of Prior Policies: EPG0011176

Item 7. Pending or Prior Date: July 31, 2004  
This Policy is intended to follow the Pending or Prior Litigation Exclusion of the **Primary Policy**, subject to the date indicated above.

Item 8. Premium: $▒▒▒▒

Case 8:20-cv-01991-JVS-KES    Document 1-2    Filed 10/19/20    Page 4 of 13    Page ID #:108

Item 9. Notice to the Insurer:

    (A) Notice of claim, wrongful act or loss:
        RLI Insurance Company
        Attention: Claim Department
        9025 North Lindbergh Drive
        Peoria, Illinois 61615-1431
        Fax: 1-866-692-6796
        E-mail: new.claim@rlicorp.com

    (B) All other notices:
        RLI Insurance Company
        Attention: Risk Services
        9025 North Lindbergh Drive
        Peoria, Illinois 61615-1431

Case 8:20-cv-01997-JVS-KES   Document 1-2   Filed 10/16/20   Page 5 of 13   Page ID #:109

The Insurer issuing this Policy has caused this Policy to be signed by its authorized officers, but it shall not be valid unless also signed by a duly Authorized Representative.

Date: August 8, 2012

*MJStone*

                                              Authorized Company Representative

# RLI Insurance Company
9025 North Lindbergh Drive, Peoria, IL 61615

# SUPPLEMENTAL DECLARATIONS

Policy No: EPG0011374

Named Insured and Mailing Address

Ceradyne, Inc.
3169 Red Hill Avenue
Costa Mesa, CA 92626

Portion of premium attributable to coverage for Certified Acts of Terrorism    $<u>Included</u>

Case 8:20-cv-01997-JVS-KES   Document 1-2   Filed 10/16/20   Page 6 of 13   Page ID #:110

RIL 110A (01/08)

Insured

RLI Insurance Company

# Excess Liability Policy

In consideration of the payment of the premium and subject to the Declarations, limitations, conditions, provisions and other terms of this Policy, RLI Insurance Company, herein called the "Insurer," and the **Insureds** agree as follows:

## INSURING CLAUSE

1. Subject to and except as otherwise stated in this Policy, the Insurer shall provide the **Insureds** with insurance in accordance with the limitations, conditions, provisions and other terms of the **Primary Policy** and, to the extent coverage is further limited or restricted thereby, of any other **Underlying Insurance**. In no event shall this Policy grant broader coverage than would be provided by any of the **Underlying Insurance**. Liability shall attach to the Insurer only after the insurers of the **Underlying Insurance**, the **Insureds** or an excess DIC insurer pay in legal currency as loss covered thereunder the full amount of the **Underlying Limit**. The Insurer's maximum aggregate liability for all loss covered under this Policy shall be the Aggregate Limit of Liability as stated in Item 3. of the Declarations. Under no circumstances shall this Policy drop down into or pay losses within the **Underlying Limit**, and the risk of uncollectability of the **Underlying Insurance** is retained by the **Insureds**.

## DEFINITIONS

2. The term:

    (a) "**Insureds**" means those persons or organizations insured under the **Primary Policy**.

    (b) "**Primary Policy**" means the policy scheduled in Item 4.(A) of the Declarations or any policy issued by the same insurer replacing or renewing such policy.

    (c) "**Policy Period**" means the period of time specified in Item 2. of the Declarations.

    (d) "**Underlying Insurance**" means all policies scheduled in Item 4. of the Declarations and any policies issued replacing or renewing such policies.

    (e) "**Underlying Limit**" means the amount equal to the aggregate of all limits of liability as set forth in Item 4. of the Declarations for all **Underlying Insurance** plus the applicable uninsured retention, if any, under the **Underlying Insurance**.

## CONDITIONS

3. All **Underlying Insurance** shall be maintained in full effect with solvent insurers during the **Policy Period** and any Discovery Period. If during the **Policy Period** or any Discovery Period the limitations, conditions, provisions or other terms of the **Underlying Insurance** are changed in any manner, the **Insureds** shall as a condition precedent to their rights to coverage under this Policy give to the Insurer written notice of the full particulars thereof and secure the Insurer's affirmative consent to such changes prior to the effective date of such changes. If any **Underlying Insurance** is not so maintained or is changed without the Insurer's consent during the **Policy Period** or any Discovery Period, the Insurer shall not be liable under this Policy to a greater extent than it would have been had such **Underlying Insurance** been so maintained and not changed.

4. As a condition precedent to their rights under this Policy, the **Insureds** shall give to the Insurer as soon as practicable written notice and the full particulars of the payment of covered losses that exceed fifty percent (50%) of the **Underlying Limit**.

5. Any amounts recovered after payment hereunder, through subrogation or otherwise, shall be apportioned in the inverse order of payment of loss hereunder. The expenses of all recovery proceedings shall be apportioned among the recipients of the recovery in the ratio of their respective recoveries.

6.  Any policies specified in Item 6. of the Declarations shall terminate, if not already terminated, as of the inception date of this Policy.

7.  Notice to the Insurer shall be given at the respective address shown in Item 9. of the Declarations. Any notice to the insurer of **Underlying Insurance** shall not constitute notice to the Insurer unless also given to the Insurer as provided above.

8.  The Insurer may, at its sole discretion, fully and effectively associate with the **Insureds** in the investigation, defense or settlement of any claim or potential claim reported to the Insurer under this Policy even if the **Underlying Limit** has not been exhausted. No action by any other insurer shall bind the Insurer under this Policy.

9.  The additional premium for any elected Discovery Period shall be the same percentage of this Policy's annual premium as the percentage stated in the **Primary Policy** for calculating the Discovery Period premium thereunder. The Discovery Period shall not be available under this Policy unless the **Insured** has elected the Discovery Period in all unexhausted **Underlying Insurance** and has provided proof thereof to the Insurer.

Case 8:20-cv-01997-JVS-KES   Document 1-2   Filed 10/19/20   Page 8 of 13   Page ID #:112

In witness whereof, the Insurer issuing this Policy has caused this Policy to be signed by its authorized officers, but it shall not be valid unless also signed by a duly authorized representative of the Company.

_____          _____
Corporate Secretary                                               President & COO

| Coverage: **Excess Follow Form Policy** | Insurer: **RLI Insurance Company** |
|---|---|
| Effective date of this endorsement: **July 31, 2012** | To be attached to and form part of Policy No. **EPG0011374** |
| Issued to: **Ceradyne, Inc.** | |

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

With respect to any one or more certified acts of terrorism, we will not pay any amount for which we are not responsible under the terms of the Terrorism Risk Insurance Act, as amended ("Terrorism Risk Insurance Act"), due to the application of any clause which results in a cap on our liability for payments for terrorism losses.

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act of terrorism pursuant to the Terrorism Risk Insurance Act. The Terrorism Risk Insurance Act includes the following criteria for a certified act of terrorism:

1. The act resulted in aggregate losses in excess of $5 million; and

2. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

If aggregate insured losses attributable to certified acts of terrorism under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year (January 1 through December 31) and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to the pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

We will have no liability for any certified act of terrorism should the Terrorism Risk Insurance Act be terminated, not renewed, allowed to expire, or otherwise discontinued. Regardless of when during the Policy Period such termination, nonrenewal, expiration, or discontinuation occurs, our liability for any certified act of terrorism will cease immediately at the date and time of such termination, nonrenewal, expiration, or discontinuation of the Terrorism Risk Insurance Act.

If the Terrorism Risk Insurance Act is terminated, not renewed, allowed to expire, or otherwise discontinued during the Policy Period and we have charged premium for coverage under the Terrorism Risk Insurance Act, we will reimburse the premium, if any, charged for coverage under the Terrorism Risk Insurance Act on a customary pro rata basis.

ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED.

___

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## ANY OTHER SOURCE FOLLOW FORM ENDORSEMENT

It is agreed that:

1. **INSURING CLAUSE** 1. of this Policy is deleted in its entirety and replaced by the following:

"Subject to and except as otherwise stated in this Policy, the Insurer shall provide the **Insureds** with insurance in accordance with the limitations, conditions, provisions and other terms of the **Primary Policy** and, to the extent coverage is further limited or restricted thereby, of any other **Underlying Insurance**. In no event shall this Policy grant broader coverage than would be provided by any of the **Underlying Insurance**. Liability shall attach to the Insurer only after the insurers of the **Underlying Insurance**, the **Insureds**, an excess DIC insurer or any other source shall have paid in legal currency as loss covered thereunder the full amount of the **Underlying Limit**. The Insurer's maximum aggregate liability for all loss covered under this Policy shall be the Aggregate Limit of Liability as stated in Item 3. of the Declarations."

2. The first sentence of Section 3. of this Policy is deleted.

Case 8:20-cv-01997-JVS-KES   Document 1-2   Filed 10/16/20   Page 10 of 13   Page ID #:114

ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED.



RLI Insurance Company
Peoria, Illinois 61615

# STATE OF CALIFORNIA

# NOTICE TO POLICYHOLDER

If you cancel the policy prior to the end of the policy period, the return premium may be calculated other than on a pro rata basis. The premium returned may be reduced by up to 10% of the pro rata return premium and will be calculated at the time of cancellation.

Case 8:20-cv-01997-JVS-KES   Document 1-2   Filed 10/16/20   Page 11 of 13   Page ID #:115

Policy Number: EPG0011374



RLI Insurance Company
Peoria, Illinois 61615

# NOTICE TO POLICYHOLDERS

## REGARDING THE UNITED STATES TREASURY DEPARTMENT – OFFICE OF FOREIGN ASSETS CONTROL (OFAC)

This Policyholder Notice does not provide coverage nor can it be construed to replace any provisions of your policy. Please read your policy carefully to determine your rights, duties, and what is and what is not covered by your policy. This Notice should only be used to provide information concerning the possible impact of your insurance coverage as it relates to directives issued by OFAC.

**PLEASE READ THIS NOTICE CAREFULLY.**

OFAC administers and enforces economic and trade sanctions and places restrictions on certain transactions. OFAC acts pursuant to Executive Orders of the President of the United States and specific legislation. OFAC has identified and named numerous foreign agents, front organizations, terrorists, terrorist organizations, and narcotics traffickers, among others, as "Specially Designated Nationals and Blocked Persons." The complete list can be found on the United States Treasury website – http://www.treas.gov/ofac.

Various trade or economic sanctions and other laws or regulations prohibit us from providing insurance in certain circumstances. In accordance with OFAC regulations, if it is determined that you or any other insured, or any person or entity claiming the benefits of this insurance has violated U.S. sanctions law or is a Specially Designated National and Blocked Person, as identified by OFAC, this insurance contract is considered a blocked or frozen contract and will be considered null and void. When an insurance policy is considered to be a blocked or frozen contract, all provisions of this insurance will be immediately subject to OFAC, and neither payments nor premium refunds may be made without authorization from OFAC. Other limitations on the premiums and payments may also apply.

Effective date of
this endorsement: **November 29, 2012**

Insurer: **RLI Insurance Company**

Issued to: **Ceradyne, Inc.**

To be attached to and form part of
Policy No.: **EPG0011374**

_____

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY

**RUN-OFF EXTENSION**

It is agreed that, effective November 29, 2012:

1. Item 2. **Policy Period**, of the Declarations is deleted in its entirety and replaced by the following:

   Item 2. Run-Off Period:

   From: November 29, 2012
   To:   November 29, 2018
   at 12:01 a m. at the address stated in Item 1.

2. Item 8. Premium, of the Declarations is deleted in its entirety and replaced by the following:

   Item 8. Run-Off Period Premium: $■■■■■
   Such Run-Off Period Premium shall be fully earned and non-refundable upon inception.

3. Any reference in the Policy to "Discovery Period" is deleted in its entirety.

4. Notwithstanding anything in the **Primary Policy** to the contrary:

   (a) the Aggregate Limit of Liability applicable to the Run-Off Period shall be part of and not in addition to the Limit of Liability shown in Item 3. of the Declarations for the immediately preceding **Policy Period**.

   (b) the **Insured** may not terminate this Policy prior to expiration of the Run-Off Period.  The Insurer may not terminate this Policy prior to expiration of the Run-Off Period, except for non-payment of a premium.

5. The Policy Number of the **Primary Policy** under Item 4. **Underlying Insurance** of the Declarations is amended to read:

ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.