# Exhibit C

**LIBERTY INTERNATIONAL UNDERWRITERS**

**MANAGEMENT LIABILITY AND PROFESSIONAL LIABILITY FOLLOW FORM EXCESS**

Liberty International Underwriters
Member of Liberty Mutual Group

# Management Liability and Professional Liability Follow Form Excess



## LIBERTY MUTUAL INSURANCE COMPANY

(A Massachusetts Stock Insurance Company, hereinafter the "Insurer")
175 Berkeley Street, Boston, MA  02116
Toll-free number:  1-800-677-9163

### MANAGEMENT LIABILITY AND PROFESSIONAL LIABILITY FOLLOW FORM EXCESS POLICY DECLARATIONS

Policy Number:     DO3S-575937-007

**ITEM 1.  NAME INSURED:**   Ceradyne, Inc.

**ITEM 2.  PRINCIPAL ADDRESS:**   3169 Red Hill Ave
Costa Mesa, CA 92626

**ITEM 3  LIMIT OF LIABILITY:**
Each Policy Period     **$5,000,000**

**ITEM 4.  UNDERLYING POLICIES:**

(A)  **Primary Policy:**

| | |
|---|---|
| Insurer: | **National Union Fire Insurance Company of Pittsburgh, PA** |
| Policy Number: | **03-477-00-40** |
| Limits: | **$5,000,000** |
| Deductible: | **$250,000/$500,000 SEC** |
| Policy Period: | **July 31, 2012** to **July 31, 2013** |

(B)  **Other Policy(ies):**

| | |
|---|---|
| Insurer | **RLI Insurance Company** |
| Policy Number | **EPG0011374** |
| Limits | **$5,000,000** |
| Excess of | **$5,000,000** |
| Policy Period | **July 31, 2012 to July 31, 2013** |

**ITEM 5.  POLICY PERIOD:**   From: 12:01 a.m. on **July 31, 2012**

To: 12:01 am on **July 31, 2013**

Local time at the address shown in Item 2

**ITEM 6.  ENDORSEMENT(S) EFFECTIVE AT INCEPTION:**
See Schedule of Endorsements

**ITEM 7.  TERMINATION OF PRIOR POLICY(IES):**     DO3S-575937-006

## Management Liability and Professional Liability Follow Form Excess



**ITEM 8.** **PREMIUM:** $60,700
**TRIA Premium** $0

In witness whereof, the **Insurer** has caused this policy to be signed by its President and its Secretary at Boston, Massachusetts, and countersigned below by a duly authorized representative.

PRESIDENT
David H. Long

VICE PRESIDENT and SECRETARY
Dexter R. Legg

2    2
EFF-Dec-0510

**Management Liability and Professional Liability Follow Form Excess**



# LIBERTY MUTUAL INSURANCE COMPANY

(A Massachusetts Stock Insurance Company, hereinafter the "Insurer")

## POLICY TERMS

Relying upon the completeness and accuracy of the statements and disclosures in the application for this Policy and upon all other information provided to the **Insurer**, in consideration of the payment of the premium of this Policy, the **Insurer** agrees as follows:

1. **Incorporation of Primary Policy:** This Policy incorporates by reference the insuring clauses, warranties, definitions, terms, conditions, exclusions and other provisions contained in the **Primary Policy** and as described in the materials submitted to the **Insurer** in connection with the application for this Policy except as regards the premium, the limit of liability, the policy period, and except as otherwise provided herein. Any changes to the **Primary Policy** shall not be binding on the **Insurer** unless specifically endorsed hereon.

2. **Definitions:** The following terms, whenever printed in **boldface** type in this Policy, shall have the meanings indicated below.

   2.1. "**Insurer**" means the entity issuing this Policy as named on the Declarations.

   2.2. "**Named Insured**" means the entity identified in Item 1 of the Declarations.

   2.3. "**Primary Policy**" means the policy identified in Item 4.(A) of the Declarations.

   2.4. "**Underlying Limit of Liability**" means the combined limits of liability of the **Underlying Policies**, less any reduction or exhaustion of the limits of liability due to payment of loss under those policies.

   2.5. "**Underlying Policies**" means the policies identified in Items 4.(A) and 4.(B) of the Declarations.

3. **Limit of Liability:** The **Insurer** will pay 100 percent of loss in excess of both the **Underlying Limit of Liability** plus the applicable retention or deductible under the **Primary Policy**, up to the Limit of Liability stated in Item 3 of the Declarations. The **Insurer's** maximum Liability under this Policy for loss shall be the amount shown in Item 3 of the Declarations.  In the event the Limit of Liability stated in Item 3 of the Declarations is exhausted by payment of loss, any and all obligations of the **Insurer,** hereunder, shall be deemed to be completely fulfilled and extinguished.

4. **Maintenance of Underlying Policies:** It is a condition precedent to the coverage afforded under this Policy that the Insureds maintain the **Underlying Policies** with retentions/ deductibles, participation/co-insurance and limits of liability (subject to reduction or exhaustion as a result of loss payments), as set forth in Items 4.(A) and 4.(B) of the Declarations.

   Except as provided in paragraph 4.1., this Policy only provides coverage when the **Underlying Limit of Liability** is exhausted by reason of the Insurers of the **Underlying Policies** paying or being held liable to pay, in legal currency, the full amount of the **Underlying Limit of Liability** as a loss.

   4.1  In the event that one or more of the insurers under the **Underlying Policies** fails to pay a loss in connection with any claim covered under the **Underlying Policies** as a result of the insolvency, bankruptcy or liquidation of said insurer, then the Insureds shall be deemed self-insured for the amount of the limit of liability of said insurer which is not paid as a result of such insolvency, bankruptcy or liquidation.

5. **Reduction or Exhaustion:** In the event of the reduction of the **Underlying Limits of Liability** by reason of payment of loss, this Policy shall pay excess of the reduced limits. In the event of exhaustion of the **Underlying**

# Management Liability and Professional Liability Follow Form Excess



**Policies**, this Policy shall continue in force as primary insurance. However, this Policy shall only pay excess of the retention or deductible applicable to the **Primary Policy**, which shall be applied to any subsequent loss in the same manner as specified in the **Primary Policy**.

5.1 If any **Underlying Policies** bear an effective date which is prior to the Policy inception date, and any such insurance becomes exhausted or impaired by payment of loss, with respect to any claim which shall be deemed to be made prior to the Policy inception date, then with respect to any claim made after the Policy inception date, the insureds shall be deemed to be self-insured for the amount of any such **Underlying Policies** which are exhausted or impaired by payment of such loss with respect to such claim made prior to the Policy inception date.

6. **Defense and Settlement:** The Insureds shall not admit liability for, offer to settle, settle any claim or incur costs of defense, where the liability, settlement and/or costs of defense are reasonably likely to involve the limit of liability of this Policy, without the **Insurer's** prior written consent, which consent shall not be unreasonably withheld.

7. **Notice of Claim:** The Insureds shall give the **Insurer** notice of any claim in the same manner required by the terms and conditions of the **Primary Policy** and shall give the **Insurer** such information and cooperation as it may reasonably require. Notices to the **Insurer** shall be sent via express mail to:

   Liberty International Underwriters, Inc.
   55 Water Street
   18th Floor
   New York, NY  10041

   Such notice shall be effective on the date of receipt by the **Insurer** at the above address.

8. **Policy Termination:** This Policy may be cancelled in the same manner as provided by the terms and conditions of the **Primary Policy**.

9. **Subrogation:** If any payment is made hereunder, the **Insurer** will act in concert with all other interests concerned (including those of the Insureds) in the exercise of rights of recovery against any person or other entity. If any amounts are recovered, they shall be apportioned as follows:

   a. Any interests (including those of the Insureds) that paid an amount by or on behalf of the Insureds over and above any payment made by the **Insurer** under this Policy shall be reimbursed first up to the amount paid by them;

   b. then, the **Insurer** shall be reimbursed out of any balance remaining, up to the amount paid, and;

   c. then, the interests (including those of the Insureds) of which this coverage is in excess are entitled to claim the residual, if any.

10. **Assignment:** Assignment of interest under this Policy shall not bind the **Insurer** unless its consent is endorsed hereon.

11. **Conformity to Statute:** Any terms of this Policy which are in conflict with the terms of any applicable laws construing this Policy are hereby amended to conform to such laws.

12. **Entire Agreement:** By acceptance of this Policy, the Insureds and the **Insurer** agree that this Policy, including the Declarations, the application and any written endorsements attached hereto, constitute the entire agreement between the parties.

# Management Liability and Professional Liability Follow Form Excess



13. **Representation by the Named Insured:**  The **Named Insured** shall act on behalf of all the Insureds for all purposes including, but not limited to, the negotiation and purchase of this Policy, the giving and receiving of all notices and correspondence, the cancellation or nonrenewal of this Policy, the payment of premiums, and the receipt of any return premiums that may be due under this Policy.

14. **Mutual Policy Conditions:**  This Policy is nonassessable. The **Named Insured** is a member of the **Insurer's** company and shall participate to the extent and upon the conditions fixed and determined by the board of directors in accordance with the provisions of law, in the distribution of dividends so fixed and determined.

In Witness Whereof, the Insurer has caused this Policy to be executed and attested, but this Policy shall not be valid unless countersigned, where applicable, on the Declarations Page by a duly authorized agent of the Insurer.

PRESIDENT
David H.Long

VICE PRESIDENT and SECRETARY
Dexter R. Legg

3   3

EFF-Pol-0510

**Management Liability and Professional
Liability Follow Form Excess**



# LIBERTY MUTUAL INSURANCE COMPANY

(A Massachusetts Stock Insurance Company, hereinafter the "Insurer")

## EXCESS FORMS AND ENDORSEMENTS SCHEDULE

It is hereby understood and agreed the following forms and endorsements are attached to and are a part of this policy:

| Form Number | Form Name | Endorsement No. |
|---|---|---|
| EFF-Dec-0510 | Excess Follow Form Policy Declarations | |
| EFF-Pol-0510 | Excess Follow Form | |
| | Excess Forms and Endorsements Schedule | |
| US/D&O X/19 03/97 | Non-Follow Form of Sublimited Coverage (Recognition of Underlying Depletion) | 1 |
| MANUSCRIPT 1 | Pending and/or Prior Litigation Exclusion (Follow Primary Wording Except for Date) | 2 |
| MANUSCRIPT 2 | Recognition of Underlying Limit – Side A | 3 |
| MANUSCRIPT 3 | Delete Section 9 – Subrogation | 4 |
| MANUSCRIPT 4 | State Inconsistency Endorsement | 5 |
| OFAC (08/09) | U.S. Economic and Trade Sanctions Endorsement | 6 |
| TRIA-E002-0208 | Cap on Losses From Certified Acts of Terrorism 2008 | 7 |
| TRIA-N004-0208 | Disclosure – Terrorism Risk Insurance Act | 8 |
| LMICNOTICE001-1009 | Notice of Membership in Liberty Mutual Holding Company Inc. and Notice Annual Meeting | |

# Management Liability and Professional Liability Follow Form Excess



## LIBERTY MUTUAL INSURANCE COMPANY

(A Massachusetts Stock Insurance Company, hereinafter the "Insurer")

### ENDORSEMENT NO. 1

| | |
|---|---|
| **Effective Date:** | July 31, 2012 |
| **Policy Number:** | DO3S-575937-007 |
| **Issued To:** | Ceradyne, Inc. |

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

### NON-FOLLOW FORM OF SUBLIMITED COVERAGE
### (RECOGNITION OF UNDERLYING DEPLETION)

In consideration of the premium charged:

1) For the purposes of this endorsement, the term "Sublimit" means any limit of liability of any **Underlying Policies** which:

   applies only to a particular grant of coverage under such **Underlying Policies**, and

   is part of, and not in addition to the otherwise applicable limits of liability of such **Underlying Policies** set forth in Item 4 of the Declarations.

2) No coverage will be available under this Policy for Claims, which are subject to any Sublimit in any **Underlying Policies** provided that the erosion of the aggregate limit(s) of liability of **Underlying Policies** shall be recognized to the extent of any payment of Loss in connection with such Claims.

All other terms, conditions, and exclusions of this Policy remain unchanged.

**Management Liability and Professional
Liability Follow Form Excess**



# LIBERTY MUTUAL INSURANCE COMPANY

(A Massachusetts Stock Insurance Company, hereinafter the "Insurer")

## ENDORSEMENT NO. 2

| | |
|---|---|
| **Effective Date:** | July 31, 2012 |
| **Policy Number:** | DO3S-575937-007 |
| **Issued To:** | Ceradyne, Inc. |

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**PENDING AND/OR PRIOR LITIGATION EXCLUSION
(FOLLOW PRIMARY WORDING EXCEPT FOR DATE)**

It is hereby understood and agreed that this Policy incorporates and follows form to the Prior & Pending Litigation exclusion contained in the Primary Policy; however, the applicable Prior & Pending Litigation Exclusion Date for this Policy is <u>July 31, 2006.</u>

All other terms, conditions and exclusions of this Policy remain unchanged.

| 1 | 1 |
|---|---|

MANUSCRIPT 1

**Management Liability and Professional Liability Follow Form Excess**



# LIBERTY MUTUAL INSURANCE COMPANY

(A Massachusetts Stock Insurance Company, hereinafter the "Insurer")

## ENDORSEMENT NO. 3

| | |
|---|---|
| **Effective Date:** | July 31, 2012 |
| **Policy Number:** | DO3S-575937-007 |
| **Issued To:** | Ceradyne, Inc. |

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

## RECOGNITION OF UNDERLYING LIMIT – SIDE A

It is understood and agreed that the Policy is amended as follows:

Paragraph 4 of the Policy is deleted in its entirety and replaced with the following:

4. **Maintenance of Underlying Policies**: The Insureds shall maintain the **Underlying Policies** with retentions/deductibles, participation/co-insurance and limits of liability (subject to reduction or exhaustion as a result of Loss payments), as set forth in Items 4.(A) and 4.(B) of the Declarations. Except as provided in paragraph 4.1, this Policy only provides coverage when the **Underlying Limit of Liability** is exhausted by reason of the insurers of the **Underlying Policies**, any applicable Side A Insurers or the Insureds paying or being held liable to pay in legal currency the full amount of the **Underlying Limit of Liability** as Loss. However, if the Underlying Policies are not so maintained, the Insurer shall not be liable under this Policy to a greater extent than it would have been had such **Underlying Policies** been so maintained.

4.1 In the event one or more of the insurers under the **Underlying Policies** fails to pay loss in connection with any claim covered under the **Underlying Policies** as a result of the insolvency, bankruptcy or liquidation of said insurer, then the insureds shall be deemed self-insured for the amount of the limit of liability of said insurer which is not paid as a result of such insolvency, bankruptcy or liquidation. Further, the Insurer will recognize any payment of loss by a DIC carrier on the program as a reduction of the **Underlying Policy's** limit of liability.

All other terms, conditions and exclusions of this Policy remain unchanged.

| 1 | 1 |
|---|---|

MANUSCRIPT 2

**Management Liability and Professional Liability Follow Form Excess**



# LIBERTY MUTUAL INSURANCE COMPANY

(A Massachusetts Stock Insurance Company, hereinafter the "Insurer")

## ENDORSEMENT NO. 4

| | |
|---|---|
| **Effective Date:** | July 31, 2012 |
| **Policy Number:** | DO3S-575937-007 |
| **Issued To:** | Ceradyne, Inc. |

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

## DELETE SECTION 9 – SUBROGATION

It is agreed that the Policy is amended as follows:

    Section 9 is deleted in its entirety.

All other terms, conditions and exclusions of this Policy remain unchanged.

# Management Liability and Professional Liability Follow Form Excess



## LIBERTY MUTUAL INSURANCE COMPANY

(A Massachusetts Stock Insurance Company, hereinafter the "Insurer")

### ENDORSEMENT NO. 5

| | |
|---|---|
| **Effective Date:** | July 31, 2012 |
| **Policy Number:** | DO3S-575937-007 |
| **Issued To:** | Ceradyne, Inc. |

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

### STATE INCONSISTENCY ENDORSEMENT

In consideration of the premium charged for this Policy, it is understood and agreed that in the event that there is an inconsistency between a state amendatory endorsement attached to this policy, and any other term or condition of this Policy, then where permitted by law, the **Insurer** shall apply those terms and conditions of either the amendatory endorsement or the Policy which are more favorable to the **Named Insured**.

All other terms, conditions and exclusions of this Policy remain unchanged.

# Management Liability and Professional Liability Follow Form Excess



## LIBERTY MUTUAL INSURANCE COMPANY
(A Massachusetts Stock Insurance Company, hereinafter the "Insurer")

### ENDORSEMENT NO. 6

| | |
|---|---|
| **Effective Date:** | July 31, 2012 |
| **Policy Number:** | DO3S-575937-007 |
| **Issued To:** | Ceradyne, Inc. |

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

### U.S. ECONOMIC AND TRADE SANCTIONS ENDORSEMENT

Whenever coverage provided by this policy would be in violation of any U.S. economic or trade sanctions such as, but not limited to, those sanctions administered and enforced by the U.S. Treasury Department's Office of Foreign Assets Control ("OFAC"), such coverage shall be null and void.

Similarly, any coverage relating to or referred to in any certificates or other evidences of insurance or any claim that would be in violation of U.S. economic or trade sanctions as described above shall also be null and void.

1    1

OFAC (08/09)

**Management Liability and Professional
Liability Follow Form Excess**



# LIBERTY MUTUAL INSURANCE COMPANY
(A Massachusetts Stock Insurance Company, hereinafter the "Insurer")

## ENDORSEMENT NO. 7

| | |
|---|---|
| **Effective Date:** | July 31, 2012 |
| **Policy Number:** | DO3S-575937-007 |
| **Issued To:** | Ceradyne, Inc. |

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

## CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insur**ance** provided under the above captioned policy.

**A. Cap On Certified Terrorism Losses**

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

1. The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

2. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a Program Year (January 1 through December 31) and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

**B. Application Of Exclusions**

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss which would otherwise be excluded under this Coverage Part or Policy, such as losses excluded by the Nuclear Hazard Exclusion or the War And Military Action Exclusion.

| 1 | 1 |
|---|---|

TRIA-E002-0208         Includes copyrighted material of Insurance Services Office, Inc., with its permission

**Management Liability and Professional Liability Follow Form Excess**



# LIBERTY MUTUAL INSURANCE COMPANY

(A Massachusetts Stock Insurance Company, hereinafter the "Insurer")

## ENDORSEMENT NO. 8

| | |
|---|---|
| **Effective Date:** | July 31, 2012 |
| **Policy Number:** | DO3S-575937-007 |
| **Issued To:** | Ceradyne, Inc. |

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## DISCLOSURE – TERRORISM RISK INSURANCE ACT

**THIS ENDORSEMENT IS MADE PART OF YOUR POLICY PURSUANT TO THE TERRORISM RISK INSURANCE ACT.**

In accordance with the Terrorism Risk Insurance Act, including all amendments, ("TRIA" or the "Act"), we are required to provide you with a notice of the portion of your premium attributable to coverage for "certified acts of terrorism," the federal share of payment of losses from such acts, and the limitation or "cap" on our liability under the Act.

**Disclosure of Premium**

The Company has made available coverage for "certified acts of terrorism" as defined in the Act.  If purchased, the portion of your premium attributable to coverage for "certified acts of terrorism" is shown in the Declarations, Declarations Extension Schedule or elsewhere by endorsement in your policy.

**Federal Participation In Payment Of Terrorism Losses**

If an individual insurer's losses exceed a deductible amount specified in the Act, the federal government will reimburse the insurer for 85% of losses paid in excess of the deductible, provided that aggregate industry losses from a "certified act of terrorism" exceed $100 million.

**Cap On Insurer Participation In Payment Of Terrorism Losses**

If aggregate insured losses attributable to "certified acts of terrorism" exceed $100 billion in a calendar year and we have met our deductible under the Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion.  Nor shall Treasury make any payment for any portion of the amount of such losses that exceeds $100 billion.  In such case, insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

| 1 | 1 |
|---|---|

TRIA-N004-0208

**Management Liability and Professional Liability Follow Form Excess**



## LIBERTY MUTUAL INSURANCE COMPANY

(A Massachusetts Stock Insurance Company, hereinafter the "Insurer")

| | |
|---|---|
| **Effective Date:** | July 31, 2012 |
| **Policy Number:** | DO3S-575937-007 |
| **Issued To:** | Ceradyne, Inc. |

### NOTICE OF MEMBERSHIP IN LIBERTY MUTUAL HOLDING COMPANY INC
### AND
### NOTICE OF ANNUAL MEETING

Liberty Mutual Insurance Company is a Massachusetts stock insurance company subsidiary of Liberty Mutual Holding Company Inc., a Massachusetts mutual holding company. Insurance is provided by Liberty Mutual Insurance Company. The named insured first named in the declarations is a member of Liberty Mutual Holding Company Inc.

As a member of Liberty Mutual Holding Company Inc., the named insured first named is entitled, among other things, to vote either in person or by proxy at the annual meeting or special meetings of said company. The Annual Meeting of Liberty Mutual Holding Company Inc. is at its offices located at 175 Berkeley Street, Boston, Massachusetts, on the second Wednesday in April each year at ten o'clock in the morning.

Members of Liberty Mutual Holding Company Inc. may request a copy of the company's annual financial statement, which is posted on Liberty Mutual's website at www.libertymutual.com, by writing to Liberty Mutual Holding Company Inc., 175 Berkeley Street, Boston, Massachusetts 02116, Attention: Corporate Secretary.